Kerry McInerney Freeman (SBN 184764)
  kmf@millerlawgroup.com
Lindsay E. Goines (SBN 238998)
  leg@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
ADBRITE, INC. and IGNACIO FANLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADBRITE, INC., a California corporation, Ignacio aka "Iggy" Fanlo, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 10-05143 SBA<br><br>**DEFENDANTS' POSITION WITH REGARD TO ADR IN LIEU OF ADR STIPULATION**<br><br>Complaint filed:  August 6, 2010<br>First Amend. Compl. Filed:  August 9, 2010 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), Defendants AdBrite Inc. ("AdBrite") and Ignacio Fanlo have considered whether and to what extent this case might benefit from Alternative Dispute Resolution, and believe that ADR is premature until the Court (the Honorable Saundra Brown Armstrong) has issued a ruling on the pending Motions to Dismiss and Strike Plaintiff's claims given that those rulings will determine whether this matter involves a class action or a single plaintiff, as well as which parties are properly joined.  The pending motions were initially set for hearing on January 25, 2011, but have been moved back by the Court, first to a February date, and now to April 12, 2011.

Therefore, in lieu of an ADR stipulation, Defendants propose that the parties confer regarding whether and to what extent ADR is appropriate after the Court issues its ruling on those pending motions.

Dated: February 2, 2011            MILLER LAW GROUP
                                   A Professional Corporation


                                   By: _____/s/_____
                                       Kerry McInerney Freeman
                                       Attorneys for Defendants
                                       ADBRITE, INC. and IGNACIO FANLO


### [~~PROPOSED~~] ORDER

~~Given that Defendants' pending Motions to Dismiss and Strike Plaintiff's claims impact the parties' determination regarding which form of ADR is appropriate, the parties will not be expected to file an ADR Stipulation until at least four weeks after the Court rules on Defendants' pending motions, or later depending on the date of the Initial Case Management Conference.~~  Defendants' unilateral motion to extend the date for the parties to file an ADR Stipulation does not comply with ADR Local Rule 3-5, which provides that the parties must file either a Stipulation and Proposed Order selecting an ADR process or, if the parties are unable to agree on an ADR process, a Notice of Need for ADR Phone Conference.  Accordingly,

IT IS HEREBY ORDERED THAT  Defendants' motion (Dkt. 17) is DENIED.

IT IS SO ORDERED.


Dated: 2/7/11                      _____
                                   United States District Judge
                                   Saundra Brown Armstrong

**DEFENDANTS' POSITION WITH REGARD TO ADR**
**Case No.: C 10-05143 SBA**