UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADBRITE, INC., a California corporation, Ignacio aka "Iggy" Fanlo, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: C 10-5143 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 36 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Defendants' unopposed motion to continue the initial Case Management Conference is GRANTED. The telephonic Case Management Conference currently scheduled for July 12, 2011 is CONTINUED to **September 22, 2011 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. All other dates in the Court's ADR Scheduling Order (Dkt. 2) are continued in accordance with the new date for the Case Management Conference.

2. This Order terminates Docket 36.

IT IS SO ORDERED.

Dated: June 24, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge