Kerry McInerney Freeman (SBN 184764)
 kmf@millerlawgroup.com
Lindsay E. Hutner (SBN 238998)
 leh@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
ADBRITE, INC. and IGNACIO FANLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADBRITE, INC., a California corporation, Ignacio aka "Iggy" Fanlo, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 10-05143 SBA<br><br>**DEFENDANTS' MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER**<br><br>Complaint filed: August 6, 2010<br>Amended Complaint Filed: August 9, 2010<br><br>Judge Saundra Brown Armstrong |

In light of Plaintiff's intention to file a Motion for Leave to Amend her Complaint, which Motion will likely be heard on or shortly after January 31, 2012 and may greatly impact the scope of this case, Defendants ADBRITE, INC. and IGNACIO FANLO, by and through their undersigned attorneys, hereby move the Court to continue the Initial Case Management Conference currently calendared for September 22, 2011 at 3:00 p.m. to March 26, 2012, or as soon thereafter as the Court's schedule permits. Defendants further request that all associated case management deadlines, including applicable ADR

1
**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER – Case No.: C 10-05143 SBA**

deadlines, and the deadlines for completing Initial Disclosures, filing a Joint Case Management Statement and filing a Rule 26(f) Report, be continued to the continued Initial Case Management Conference date.

Defendant proposes the following schedule:

| | |
|---|---|
| March 6, 2012 | Last day to:<br>• Meet and confer re: Initial Disclosures, early settlement, ADR process selection, and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| March 16, 2012 | Last day to complete Initial Disclosures or state objection in Rule 26(f) Report, file Joint Case Management Statement, and file Rule 26(f) Report. |
| March 26, 2012 | CASE MANAGEMENT CONFERENCE |

Per the Court's July 8, 2011 Order [Docket No. 49], the parties have been engaged in extensive meet and confer efforts pertaining to the sufficiency of the pleadings in this matter. Declaration of Kerry McInerney Freeman In Support of Defendants' Motion To Continue The Initial Case Management Conference And Associate Dates ("Freeman Dec." ¶ 4) The parties have also been engaged in settlement discussions. (Freeman Dec. ¶ 5) As of this date, the parties have been unable to reach an agreement to settle this case, and have also been unable to reach an agreement to dismiss some or all of Plaintiff's claims or to permit the filing of a Second Amended Complaint. (*See* Docket No. 49; Freeman Dec. ¶ 6)

Although the Court's July 8, 2011 Order permits Defendants to re-file their prior Motions to Dismiss and Strike if the parties' meet and confer efforts prove unsuccessful, Defendants have refrained from doing so to date because Plaintiff has

indicated that she intends to imminently file a Motion for Leave to Amend her Complaint, Defendants wish to avoid unnecessary motion practice, and Defendants recognize that re-filing their prior motions based on the pending Complaint would be a waste of the parties' and the Courts' time given that Defendants' Motion would likely become moot once Plaintiff amends her Complaint. (Freeman Dec. ¶ 7)

Based on Plaintiff's representation that she plans to imminently file a Motion for Leave to Amend, and the fact that the Court's next available hearing date for this case is January 31, 2012, we anticipate that the hearing on Plaintiff's Motion will likely be on or shortly after January 31, 2012. (Freeman Dec. ¶ 8) However, if Plaintiff does not file a Motion for Leave to Amend her First Amended Complaint by Friday, September 16, 2011, Defendants will file their renewed Motion to Dismiss and/or Strike to be heard on the Court's first available hearing date.[1] (Freeman Dec. ¶ 9) In other words, one way or another, there is likely to be a hearing in this matter on or shortly after January 31, 2012, that will greatly impact the scope of the Complaint in this matter, whether it be via Plaintiff's Motion to File for Leave to Amend or Defendants' Motions to Strike and Dismiss. (Freeman Dec. ¶ 10)

Good cause exists for the Court to continue the Case Management Conference because:

◘ Despite the parties' extensive meet and confer efforts, the operative Complaint remains in flux. (Freeman Dec. ¶11)

◘ It is in the interests of judicial economy to hold the Initial Case Management Conference after the parties have the benefit of the Court's determination on whether Plaintiff is permitted leave to amend her First Amended Complaint or, in the alternative, whether to grant Defendants' potential renewed Motion to Dismiss and/or Strike.

---

[1] As of the date of this Motion, the Court's first available hearing date for this matter is January 31, 2012.

Indeed, the Court's ruling may significantly alter which causes of action are pending, and knowing what the causes of action and allegations are will allow the parties to more meaningfully meet and confer and prepare Initial Disclosures, a Rule 26(f) Report, and a Joint Case Management Statement. Before having the clarity provided by the Court's Order, the parties' efforts in that regard will likely be unproductive and wasteful. (Freeman Dec. ¶ 12)

This is the third request that has been made for a continuance related to the scheduling order in this Case. (Freeman Dec. ¶ 13) On March 25, 2011, Defendants filed a Motion to Continue the Initial Case Management Conference and Associated Dates (Docket, Nos. 24, 25) because the Court had previously continued the hearing on Defendants' Rule 12 Motions to Dismiss and to Strike to the same day as the Initial Case Management Conference and – for the same reasons stated here – Defendants sought to have the Case Management Conference continued to a later date so the parties would have the benefit of the Court's rulings before engaging in all the pre-CMC efforts. (Freeman Dec. ¶ 14) On March 29, 2011, the Court granted Defendants' request. (Docket, No. 27; Freeman Dec. ¶ 15)

On April 1, 2011, the Court issued an Order once again continuing the hearing date on Defendants' Motions to Dismiss and to Strike to July 12, 2011, and also setting the Case Management Conference for that same day. (Docket, No. 30; Freeman Dec. ¶ 16) On June 9, 2011, Defendants filed another Motion to Continue the Initial Case Management Conference and Associated Dates [Docket No. 36] for all the same reasons stated herein, Defendants requested and the Court granted the first continuance of the Case Management Conference. (Freeman Dec. ¶ 17) On June 28, 2011, the Court granted Defendants' request. (Docket No. 42; Freeman Dec. ¶ 18)

On September 1, 2011, counsel for Defendants sent an email to Plaintiff

asking her to join Defendants in making a stipulated request to continue the Initial Case Management Conference until a date after the Court rules on her anticipated Motion for Leave to Amend her First Amended Complaint. (Freeman Dec. ¶ 19) Although Defendants requested Plaintiff's response by September 6, Defendants have received no response to date. (Freeman Dec. ¶ 20)

For the reasons set forth above, we respectfully request that the Court continue the September 22, 2011, Case Management Conference to a date approximately two months after January 31, 2012 (the Court's first available hearing date at present) so the parties will have the benefit of the Court's ruling on Plaintiff's Motion for Leave to Amend (or, if Plaintiff does not follow through with her stated intent to file such a Motion, the Court's ruling on Defendants' re-filed Motions to Strike and Dismiss) when preparing the Rule 26(f) Report, Initial Disclosures, and Joint Case Management Statement. Defendants also respectfully request that the related case management dates be moved accordingly. (Freeman Dec. ¶ 21)

Dated: September 8, 2011             MILLER LAW GROUP
                                     A Professional Corporation


                                     By:  _____/s/_____
                                          Kerry McInerney Freeman
                                          Attorneys for Defendants
                                          ADBRITE, INC. and IGNACIO FANLO

**ORDER**

Having reviewed the Motion by Defendants ADBRITE, INC. and IGNACIO FANLO, and good cause appearing, the Court hereby orders that the September 22, 2011 Initial Case Management Conference and associated dates are rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| March 6, 2012 | Last day to:<br>• Meet and confer re: Initial Disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| March 16, 2012 | Last day to complete Initial Disclosures or state objection in Rule 26(f) Report, file Joint Case Management Statement, and file Rule 26(f) Report |
| **March 28, 2012 at 2:45 p.m.** | INITIAL CASE MANAGEMENT CONFERENCE |

Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call. On the specified date and time for the Case Management Conference, Plaintiff shall call (510) 637-3559 with all parties on the line.

**IT IS SO ORDERED.**

Dated: _9/14/11

*Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1
2
3   4853-0559-1306, v. 1
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER – Case No.: C 10-05143 SBA**