UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ADBRITE, INC., a California corporation, Ignacio aka "Iggy" Fanlo, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 10-05143 SBA<br><br>**ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES**<br><br>Docket 62. |

The parties are presently before the Court on Defendants' motion to continue the Initial Case Management Conference and associated dates. Dkt. 62. Plaintiff does not oppose the motion. Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS the motion. Accordingly,

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for March 28, 2012 is CONTINUED to **May 31, 2012 at 2:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of

this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS FURTHER ORDERED THAT, by no later than May 7, 2012, the parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan. The parties shall file an ADR Certification, and either a stipulation selecting an ADR Process or Notice of Need for ADR Phone Conference by no later than May 7, 2012.

IT IS FURTHER ORDERED THAT, by no later than May 21, 2012, the parties shall complete initial disclosures or state objections in their Rule 26(f) Report, and file a Rule 26(f) Report.

This Order terminates Docket 62.

IT IS SO ORDERED.

Dated: 3/19/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA MORGOVSKY,

        Plaintiff,

 v.

ADBRITE INC. et al,

        Defendant.
_____/

Case Number: CV10-05143 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia Morgovsky
1423 Avondale Road
Hillsborough, CA 94010

Dated: March 19, 2012

                        Richard W. Wieking, Clerk

                        By: Lisa Clark, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28