UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ADBRITE, INC., a California Corporation, IGNACIO, aka "IGGY" FANLO, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No:  C 10-05143  SBA<br>**ORDER TO SHOW CAUSE** |

    This Court previously scheduled a telephonic Case Management Conference for May 31, 2012, and ordered Plaintiff to file a Joint Case Management Conference Statement at least seven days in advance of the hearing.  Dkt. 63.  The Court also ordered Plaintiff to set up the conference call for the Case Management Conference, and on May 31, 2012 at 2:45 p.m., call (510) 637-3559 with all parties on the line.  Id.  Plaintiff failed to file a Case Management Conference Statement, and failed to set up the conference call for the Case Management Conference and call (510) 637-3559 on May 31, 2012 with all parties on the line.  An action may be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute or to comply with a Court Order.  See Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a district court may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) sua sponte for a plaintiff's failure to prosecute or comply with a court order); Ferdick v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the court).  Accordingly,

IT IS HEREBY ORDERED THAT:

1.     Plaintiff shall show cause why the instant action should not be dismissed under Rule 41(b) for failure to prosecute and failure to comply with a Court order.  Within seven (7) days from the date this order is filed, Plaintiff shall file a memorandum explaining why this action should not be dismissed.  The memorandum shall set forth the present status of this action, the reason it has not been prosecuted, any basis for opposing dismissal, and the expected course of the action if it is not dismissed.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: 6/1/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

- 2 -

FOR THE
NORTHERN DISTRICT OF CALIFORNIA


PATRICIA MORGOVSKY,

        Plaintiff,

  v.

ADBRITE INC. et al,

        Defendant.
_____/

Case Number: CV10-05143 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia Morgovsky
1423 Avondale Road
Hillsborough, CA 94010

Dated: June 1, 2012

                  Richard W. Wieking, Clerk

                    By: Lisa Clark, Deputy Clerk