1
2
3
4           UNITED STATES DISTRICT COURT
5         FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                  OAKLAND DIVISION
7

| | |
|---|---|
| PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADBRITE, INC., a California Corporation, IGNACIO, aka "IGGY" FANLO, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No:  C 10-05143  SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than April 29, 2013. All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: 3/29/13

                                   _____
                                   SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  PATRICIA MORGOVSKY,

5         Plaintiff,

6    v.

7  ADBRITE INC. et al,

8         Defendant.
9  _____/

10

11                                    Case Number: CV10-05143 SBA

12                                    **CERTIFICATE OF SERVICE**

13

14 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

15
   That on March 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
16 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
17 located in the Clerk's office.

18

19

20 Patricia Morgovsky
   1423 Avondale Road
21 Hillsborough, CA 94010

22 Dated: March 29, 2013
                                    Richard W. Wieking, Clerk
23
                                         By: Lisa Clark, Deputy Clerk
24

25

26

27

28

- 2 -