1
2
3
4                          UNITED STATES DISTRICT COURT
5                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                                    OAKLAND DIVISION
7

| 8  | PATRICIA MORGOVSKY, on behalf of herself and all others similarly situated, | Case No: C 10-05143 SBA |
| 9  | Plaintiffs, | **ORDER OF CONDITIONAL DISMISSAL** |
| 10 | vs. | |
| 11 | ADBRITE, INC., a California Corporation, IGNACIO, aka "IGGY" FANLO, and DOES 1 through 20, inclusive, | |
| 12 | Defendants. | |

15
16    The Court having been notified of the settlement of this action, and it appearing that
17 no issue remains for the Court's determination,
18    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
19 DISMISSED without prejudice.  In the event that the settlement is not reached, any party
20 may move to reopen the case, provided that such motion is filed by no later than April 29,
21 2013.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.
22    IT IS SO ORDERED.
23 Dated: 3/29/13                              _____
                                               SAUNDRA BROWN ARMSTRONG
24                                             United States District Judge
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA MORGOVSKY,

       Plaintiff,

 v.

ADBRITE INC. et al,

       Defendant.
_____/

Case Number: CV10-05143 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia Morgovsky
1423 Avondale Road
Hillsborough, CA 94010

Dated: March 29, 2013

                                      Richard W. Wieking, Clerk

                                              By: Lisa Clark, Deputy Clerk